UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

JS-2

| Case No. | SACR 18-00202-AG | Date | June 24, 2019 |
|---|---|---|---|

| Present: The Honorable | ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Melissa Kunig | Not Reported | Gina Kong - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mario Camacho | Not | X | | Andrea Jacobs (DFPD) | Not | | X |

**PROCEEDINGS:   (IN CHAMBERS) ORDER REOPENING CRIMINAL CASE**

This criminal case was closed in error on May 9, 2019.   The Government's Ex Parte Application for Order for to Dismiss Information **only** pertained to the 851 Information.

The pretrial conference and jury trial are hereby reset as follows:

- Pretrial Conference: Monday, July 1, 2019 @ 2:00 p.m.
- Jury Trial: Tuesday, July 9, 2019 @ 9:00 a.m.

                                                                                          -       :       -

                                            Initials of Deputy Clerk    mku

cc: Statistics Clerk